UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JINNETTE ARLENE CEPEDA CIRINO, | ) ) | Civil Action No. 5:23-cv-00747-GTS-ML |
| *Plaintiff*, | ) ) | Glenn T. Suddaby |
| vs. | ) ) | United States District Judge |
| COMMISSIONER OF SOCIAL SECURITY | ) ) ) | Miroslav Lovric United States Magistrate Judge |
| *Defendant*. | ) ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Acting Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, Acting Commissioner of Social Security | Jinnette Arlene Cepeda Cirino, |
| By Her Attorneys | By Her Attorney |
| Carla B. Freedman, United States Attorney | |
| */s/ Geoffrey M. Peters* Geoffrey M. Peters Special Assistant United States Attorney | */s/   Howard D. Olinsky*[1] Howard D. Olinsky, Esq. NY Bar Roll No. 102297 |

---

[1] Signed by SAUSA Peters on Mr. Olinsky's behalf with permission obtained via email on 10/5/23.

1

2

| | |
|---|---|
| NDNY Bar Roll No. 704027 | Olinsky Law Group |
| Social Security Administration | 250 S. Clinton St., Ste. 210 |
| 6401 Security Boulevard | Syracuse, NY 13202 |
| Baltimore, MD 21235 | Telephone: (315) 701-5780 |
| (212) 264-1298 | Fax: (315) 701-5781 |
| Geoffrey.Peters@ssa.gov | holinsky@windisability.com |

IT IS SO ORDERED:

_____
Glenn T. Suddaby
U.S. District Judge

Dated: __October 6, 2023__
Syracuse, NY

2