IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JINNETTE ARLENE CEPEDA CIRINO, | ) | Civil Action No. 5:23-cv-00747-GTS-ML |
| | ) | |
| *Plaintiff* | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| *Defendant* | ) | Stipulation – Document Filed Electronically |

**<u>Consent Order for Payment of Fees under the Equal Access to Justice Act</u>**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded attorney fees and expenses under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of **one thousand, ninety dollars and eighty-eight cents ($1,090.88).**

The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not to her attorney and can be offset to satisfy pre-existing debt that Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). After the Court enters this award, if Defendant can verify that Plaintiff owes no preexisting debt subject to offset, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and counsel.

AND, the Court having reviewed the record in this matter;

IT IS on this __11th__ day of ____January____ , 2024;

ORDERED that Plaintiff be awarded fees under EAJA in the amount of **$1,090.88**, and that the fees are payable to the Plaintiff, but if Plaintiff does not owe a debt subject to offset, payable to Plaintiff's attorney.

ORDERED that the within matter is dismissed with prejudice.

*[Signature]*
Glenn T. Suddaby
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Dated: January 10, 2024

| | |
|---|---|
| Martin J. O'Malley,<br>Commissioner of<br>Social Security | Jinnette Arlene Cepeda Cirino, |
| By His Attorneys, | By Her Attorney, |
| Carla B. Freedman,<br>United States Attorney | |
| */s/ Geoffrey M. Peters*<br>Geoffrey M. Peters<br>Special Assistant United States Attorney<br>NY Bar Roll No. 704027<br>Social Security Administration<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>6401 Security Blvd<br>Baltimore, MD 21235<br>Tel.: (617) 565-1849 | */s/  Howard D. Olinsky*[1]<br>Howard D. Olinsky, Esq.<br>Olinsky Law Group<br>250 S. Clinton St., Ste. 210<br>Syracuse, NY 13202<br>Phone: (315) 701-5780<br>Fax: (315) 701-5781<br>Email: holinsky@windisability.com |

---

[1] Electronically signed on Mr. Olinsky's behalf with his consent obtained via email on January 10, 2024.